**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CHERYL PERKINS,

Plaintiff,

Case No. 26-cv-12631
Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendants.

---

**ORDER GRANTING MOTION**
**COMPELLING ARBITRATION AND STAYING CASE**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Agreed Motion Compelling Arbitration and Staying the Case, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows: (i) the motion is granted and Plaintiff Cheryl Perkins and Defendant Credit Acceptance Corporation shall proceed to arbitration pursuant to the Arbitration Clause in the Retail Installment Contract; (ii) the case is stayed as to Defendant Credit Acceptance Corporation only; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126